**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| Gualfre Roldani Flores Ramirez, | * | |
| Petitioner, | * | |
| | | Case No. 1:26-cv-00457-ABA |
| v. | * | |
| Kristi Noem et al., | | |
| | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties (ECF No. 5), the entire record in this case, the previous opinions of this Court in *Bautista Villanueva v. Bondi, et al.*, Case No. 25-cv-4152-ABA, 2026 WL 100595 (D. Md. Jan. 14, 2026), and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, based on Petitioner's entitlement to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a meaningful bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), and a bond hearing shall be held within 10 days of Petitioner's filing of a motion with the Immigration Court;

3.  If bond is granted and petitioner is released, nothing in this Court's order precludes the United States Immigration and Customs Enforcement from imposing reasonable conditions of release; and

4.  The parties SHALL provide the Court with a Status Report within 14 days of this Order. **ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated:  February 9, 2026                          /s/
                                       Adam B. Abelson
                                       United States District Judge