**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

GUALFRE ROLDANI FLORES RAMIREZ,

    *Petitioner*,

v.

KRISTI NOEM, *et al.*,

    *Respondents.*

Case No. 26-cv-457-ABA

**ORDER**

On March 2, 2026, the Parties filed a joint status report, ECF No. 10, advising the Court that on February 20, 2026, Petitioner had a bond hearing pursuant to the Court's Order, ECF No. 6. Accordingly, the Court ORDERS as follows:

1. The joint status report, ECF No. 10, is ACCEPTED;

2. As Petitioner has been granted the relief to which he is entitled pursuant to ECF No. 6, the Clerk is directed to CLOSE this case.

Date:  March 3, 2026

                              **/s/**
                         Adam B. Abelson
                         United States District Judge